# United States Court of Appeals for the Federal Circuit

October 14, 2010

**ERRATA**

2009-1161

SOLVAY S.A.,
*Plaintiff-Appellant,*

**v.**

HONEYWELL INTERNATIONAL, INC.,
*Defendant-Appellee.*

Appealed from: United States District Court for the District of Delaware

Decided: October 13, 2010
Precedential Opinion

Please make the following change:

Page 1, change "Arthur I. Neustadt, argued for defendant-appellant" to "Barry J. Herman".